NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE ALEKSANDR L. YUFA

---

2011-1417
(Reexamination No. 90/008,387)

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

## ON MOTION

---

## ORDER

Aleksandr L. Yufa moves for oral argument in this appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) Yufa's motion for oral argument is deferred for consideration by the merits panel assigned to hear this case.

(2) A copy of Yufa's motion for oral argument and this order shall be transmitted to the merits panel assigned to hear this case.

FOR THE COURT

**NOV 0 4 2011**
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Aleksandr L. Yufa
    Raymond T. Chen, Esq.

s21

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

**NOV 0 4 2011**

**JAN HORBALY
CLERK**